RECEIVED
IN ALEXANDRIA, LA.

JUL 0 6 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY HINES<br>　　FED. REG. #33065-044 | CIVIL ACTION NO. 09-0428 |
| VS. | SECTION P |
| WARDEN JOE KEFFER | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** this petition for *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this ____6____ day of July, 2009.

　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE