the court cited, an absence of petitioner's objection to the report and recommendation in the record. That is because petitioner has never received a copy of the Magistrate Judges Report and Recommendation.

In light of this fact, petitioner could not have possibly objected to the Report and Recommendation and petitioner would ask the court to revisit (de Novo) petitioner's habeas corpus and afford him the opportunity to respond or object to the Magistrate Judge's Report and Recommendation as soon as the court's send, report of Recommendation.

Date July 15, 2009,

RECEIVED
IN ALEXANDRIA, LA.
JUL 21 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

09-0428
Sec P

Respectfully submitted
Anthony Hines - 33065-044
Anthony Hines
U.S.P Beaumont
P.O. Box 26030
Beaumont, Tx. 77720-6030

ORDER
THE JUDGMENT OF JULY 6, 2009 IS HEREBY RECALLED. MR HINES MUST FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION BY AUGUST 25, 2009.
ALEXANDRIA, LA JULY 21, 2009.

DISTRICT JUDGE

RECEIVED
JUL 20 2009
TONY R. MOORE, CLERK
BY _____ smd
       DEPUTY

Tony R. Moore,
Clerk of Court
U.S. District Court
Western District of LA.
U.S. Courthouse
300 Fannin ST. Suite 1167.
Shreveport, LA, 71101-3083

Anthony Hines - 33065-044
USP. Beaumont
P.O. Box 26030
Beaumont, Tx. 77720.

Judgement
Civil Action No. 1:09-0428 SecP

Dear Clerk:

I am in receipt of a Judgement rendered by this court on July 6, 2009, adopting the Magistrate Judge's Report and Recommendation.

First, As you can see from the above change of address, that I have been moved / transferred to a lesser security (Medium) facility at Beaumont, Tx.

Secondly, in your correspondence / Judgment to Deny and Dismiss with Prejudice petitioner habeas corpus,